FILED: September 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2053
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC.; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

    Plaintiffs - Appellees

and

ANA SLIVEIRA; CHRISTINE BUNCH

    Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

    Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:16-cv-03311-ELH |
| Date notice of appeal filed in originating court: | 09/23/2021 |
| Appellant(s) | Lawrence Hogan; Woodrow W. Jones, III |
| Appellate Case Number | 21-2053 |

| Case Manager | Jeffrey S. Neal 804-916-2702 |

| Case Manager | Jeffrey S. Neal 804-916-2702 |