
 
Wed, Jun 6, 3:58 PM

> Just spoke to Phil about the discovery review...Caryn def needs to be dialed back

> She even told cortney that the trial calendar doesn't work for her because she'll be out of town

The July one?

What did Cortney say?

> I got this info from Phil. Cortney said that they are picking the jury on 7/15, but it won't be tries until 7/28

> Tried*

> I dont think anyone responded to Caryn about her scheduling conflict

Good, I will leave the dialing

to Caryn about her scheduling conflict

Good. I will leave the dialing back to Peter. I'm really very much done with Caryn.

I told him.

I'm not even feeling the bridal shower.

It's making the Jeff situation worse

Is that possible?

I forgot that the bar exec committee is getting a tour of the stadium at the same time as the shower. I'm going to the tour

Oooh, fancy!


**Oooh, fancy!**

**Not allowed a +1 by any chance?**

Yeah... seems like she was catching an attitude and he just withdrew even more. Although, he seems to be engaging with Phil. Phil might be his new bff

**Caryn was catching an attitude with him?**

Lol. Unfortunately, no

**I saw them on the way out to it. She wouldn't look at me.**

(1/2) Yeah... seems like she has serious tunnel vision. Wants to fight the suppression issue, but the discovery revealed that it might not be a viable argument.


> argument.

> (2/2) She didn't want to hear it

> > That may just need some time to sink in. I can see wanting to cling to An argument that you thought would be a winner. At least for a few minutes.

> Yeah...phil's concern was...you know, it's not her case...

> > Yeah there is that.

> > But it's her key to success!

> > I am curious what she told them all about the FBI review tomorrow.

> She has been in Tony's office for a while

> > Yeah he was debriefing her on what she found out. She will of

  
  

> She has been in Tony's office for a while

Yeah he was debriefing her on what she found out. She will of course be lobbying him to get out of the FBI review. So I'm guessing she hasn't actually told anyone she isn't going yet.

> Probably not

Check your email.

> Omg

Bad juju. She tried to get Tony to intervene first, he told her it was between her and me. Then I get that.

Per Phil she has never mentioned rescheduling.

> Not once

  

  
  

Erin

> I get that.

> Per Phil she has never mentioned rescheduling.

Not once

Just noticed that she went three months back in her email

> Oh yeah. And she did not raise that defense earlier. It's entirely post hoc.

> I am just stunned. At this point I'm actually a little worried that she will do something even crazier.

> Unsurprisingly, she hasn't called me or written back. At his point I'm fully expecting to not hear anything more and she will go to the disco review.

I'll try to talk to her and jeff

 

US00006385

> I'll try to talk to her and jeff separately.

I don't understand how anyone can be this colossally stupid. If she had reached out to me and done a bunch of mea culpas and begged, I probably would have let her out of it.

That might be best.

> I need jeff engaged...and i need her to chill to give him space

And she needs to not burn this last bridge with me. But I bet she will...

> She doesn't see you as a bridge. That's the problem

> Spoke to Tony... he's like wtf

ET

Erin

**Spoke to Tony... he's like wtf**

Yeah I get that.

Good.

It also occurs to me that her going over to USAO and be a prima donna while Jeff looks sulky makes our office look terrible.

That really should not happen.

I told Tony that her email re: disco review telling jeff ...too bad if you cant make it is a problem

She never asked for an alternative time

Yeah. She needs to get slapped. I thought this morning would have at least been something. It's clearly made

 
  
> Yeah. She needs to get slapped. I thought this morning would have at least been something. It's clearly made her worse.

Yeah... she's losing it

> How can she not see that this makes her look bad to everyone.

Millenial disease

> That's what Tony said.

Wed, Jun 6, 8:34 PM

This will make you feel better





